IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  03-Z-0877-ZLW-OES

SHERYL A. KITCHEN,

    Plaintiff,

v.

SUN MICROSYSTEMS, INC., a corporation doing business in Colorado,

    Defendant.

_____

MINUTE ORDER
_____

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: September 26, 2005


    It is ORDERED that attorney Susan L. Aldridge's Notice Of Withdrawal will be treated as a motion to withdraw as counsel for Defendant, and is granted.  The Court notes that Steven J. Merker continues to represent Defendant.