IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  03-cv-0877-ZLW-MEH

SHERYL A. KITCHEN,

    Plaintiff,

v.

SUN MICROSYSTEMS, INC., a corporation doing business in Colorado,

    Defendant.
_____

ORDER
_____

On January 29, 2007, Magistrate Judge Michael E. Hegarty and Plaintiff's counsel advised the Court that this case had settled.  It is, therefore,

ORDERED that the trial preparation conference set on Thursday, February 1, 2007, at 2:00 p.m. and the trial set on Monday, February 12, 2007, at 10:30 a.m. are hereby vacated.  It is

FURTHER ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

FURTHER ORDERED that settlement papers shall be filed on or before February 15, 2007.  If by that date settlement papers have not been received by the Court, on February 22, 2007, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this   30    day of January, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court