IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  03-cv-0877-ZLW-MEH

SHERYL A. KITCHEN,

    Plaintiff,

v.

SUN MICROSYSTEMS, INC., a corporation doing business in Colorado,

    Defendant.

_____

ORDER OF DISMISSAL
_____

    Pursuant to and in accordance with the Stipulation Of Settlement And Dismissal, signed by the attorneys for the parties hereto, it is

    ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own fees and costs.

    DATED at Denver, Colorado, this __1__ day of March, 2007.

                                      BY THE COURT:

                                      _____
                                      ZITA L. WEINSHIENK, Senior Judge
                                      United States District Court